UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JESSICA INGMAN o/b/o J.W.I.,**

**Plaintiff,**

**v.** **Case No. 26-CV-866**

**FRANK BISIGNANO,**
**Commissioner of Social Security,**

**Defendant.**

---

**ORDER GRANTING STIPULATED MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

This matter coming before the court on the parties' stipulation to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised,

**IT IS HEREBY ORDERED** that Plaintiff is awarded $13,000.00 (thirteen thousand dollars) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to Plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Ryan Shafer pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

Shafer Disability Law, LLC
Ste 220
4422 N. Ravenswood Ave.
Chicago, IL 60640

Dated at Milwaukee, Wisconsin, this 6th day of November, 2026.

BY THE COURT,

HONORABLE NANCY JOSEPH
United States Magistrate Judge